IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN KYLE CREWS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                      CASE NO. 1D15-4745

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed November 5, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Steven Kyle Crews, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

LEWIS, ROWE, and BILBREY, JJ., CONCUR.